UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-01684-CJC(RNBx)            Date: July 27, 2011

Title: <u>GILCO BABYLON LLC V. SCM MICROSYSTEMS (US), INC.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff Gilco Babylon LLC brought this patent infringement action against Defendant SCM Microsystems (US), Inc. ("SCM") and other defendants that Plaintiff subsequently voluntarily dismissed from this action. SCM is the only defendant remaining in this action. Plaintiff served SCM with summons and a copy of the complaint on November 5, 2010. SCM has not filed an answer or otherwise appeared in this action. Plaintiff has not sought an entry of default from the Clerk of the Court or taken any other steps to secure SCM's appearance before this Court. Accordingly, the Court, on its own motion, hereby ORDERS Plaintiff to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file its opposition to this order to show cause no later than August 8, 2011. The Court will consider the filing of an application for default or a notice of voluntary dismissal as an appropriate response to this order to show cause. The matter shall stand submitted upon receipt of Plaintiff's opposition.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk MU